61 A.3d 190

**Nathan RILEY, Petitioner**

v.

**COURT OF COMMON PLEAS, COUNTY OF PHILADELPHIA, Respondent.**

**No. 196 EM 2012.**

Supreme Court of Pennsylvania.

Jan. 30, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of January, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**